UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE WALLET,

        Plaintiff,

Case No. 2:26-cv-10581

HONORABLE STEPHEN J. MURPHY, III

v.

CITY OF DETROIT,

        Defendant.
                                      /

**ORDER DENYING PLAINTIFF'S EMERGENCY**
**EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER [2]**

On February 19, 2026, Plaintiff, a member of the Detroit Police Department, sued the City of Detroit under 42 U.S.C. § 1983 for depriving her of her procedural due process rights and for violating 8 U.S.C. § 1373. ECF No. 1. She moved concurrently for an "emergency" *ex parte* temporary restraining order to enjoin "Defendant City of Detroit from suspending Plaintiff without pay or terminating her employment at the disciplinary hearing" scheduled for February 19, 2026, at 3:00 p.m. ECF No. 2, PageID.18.

Federal Rule of Civil Procedure 65 sets strict requirements for parties to obtain an ex parte temporary restraining order. The Court may issue such an order "only if specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1)(A). Plaintiff did not include any affidavit, verified complaint, or document that satisfies the requirements of 28 U.S.C.

1

§ 1746. *See* ECF Nos. 1, 2. Because Plaintiff did not follow Rule 65's requirements, the Court must deny the motion.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's emergency motion for an *ex parte* temporary restraining order [2] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: February 19, 2026